UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO MANUEL SANCHEZ REYES,
Petitioner,
v.
DAVID A. MARIN,
Respondent.

Case No. 5:26-cv-04464-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: August 14, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE